# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone: (414) 271-3943  
Fax: (414) 271-9344  
www.chapter13Milwaukee.com

P. O. Box 510920  
Milwaukee, WI 53203  
info@chapter13milwaukee.com

August 10, 2016

Clerk of the US Bankruptcy Court  
126 U S Courthouse  
517 E. Wisconsin Avenue  
Milwaukee, WI 53202

RE: THOMAS C. PLOPPER  
Case No. 12-32836-GMH

Dear Clerk of the US Bankruptcy Court:

Enclosed please find check # 1304562 in the amount of $79.04. This check replaces the following check, for the same dollar amount, in the above case:

Original Check No.:   1297541

Original Payee:   Vantium Capital, Inc.  
7668 Warren Parkway  
Suite 325  
Frisco, TX 75034-

Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service or were uncashed by the original payee.

Thank you,


OFFICE OF CHAPTER 13 TRUSTEE

*Mary B. Grossman*

Mary B. Grossman, Chapter 13 Standing Trustee

MBG

cc: file

FILED - MAIL 2016 AUG 12 AM 10:59 US BANKRUPTCY COURT EASTERN DISTRICT OF WI